413 A.2d 1135

The World Series of Auto Racing Corp., Appellant, v. Pocono International Raceway, Inc. and First Pennsylvania Bank, N.A., Intervenor.

Argued March 21, 1979. Mark S. Love, for appellant; Joseph Ewing, for appellee First Pennsylvania Bank, N.A.; Ralph A. Matergia, did not submit a brief on behalf of appellee Pocono International Raceway, Inc.

May 31, 1979

413 A.2d 1136

Commonwealth v. Daube, Appellant.

Argued April 9, 1979. John P. Woodcock, Jr., Public Defender, for appellant; Donald E. Speice, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Order and judgment of sentence affirmed.